FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 APR 10 PM 4: 13

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-CR-00112-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEREK JEROME BELL,
   DERECK J. BELL,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
( Docket No. 3 )

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce DEREK JEROME BELL, DOB: 11/12/1984, who is confined in the Fort Lyon Correctional Facility, 30999 County Road 15 P.O. Box 1 Ft. Lyon, CO 81038 Telephone: (719)456-2288 Fax: (719)456-3566, before a United States Magistrate Judge, forthwith, for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 10TH day of April, 2008.

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**